# United States Court of Appeals
## For the First Circuit

No. 22-1881

DARWIN MURILLO MOROCHO,

Petitioner,

v.

MERRICK B. GARLAND, Attorney General,

Respondent.

Before

Lynch, Kayatta and Montecalvo,
Circuit Judges.

**ORDER OF COURT**

Entered: December 16, 2022

    Petitioner Darwin Eduardo Murillo Morocho's motion for stay of removal is **DENIED**, as he has failed to demonstrate a sufficient likelihood of success on the merits and, more generally, has failed to demonstrate that a stay is in order. See Nken v. Holder, 556 U.S. 418, 434 (2009) (stay standard and factors). The previously entered temporary stay of removal is **VACATED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Tasha J. Bahal
Anthony Paul Nicastro
Bernard Joseph
OIL
Rachel Berman-Vaporis